UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE No. 6:22-cv-00355-WWB-EJK

CARLA HARVASTY,

     Plaintiff,

vs.

NORTH AMERICAN CREDIT SERVICES INC,

     Defendants.

_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Carla Harvasty and Defendant North American Credit Services Inc, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with Prejudice of the above styled action. Plaintiff and Defendants shall each bear their own attorneys' fees and costs. All parties have reviewed this stipulation.

DATED: November 10, 2022


 /s/ Jennifer G. Simil                    /s/ Ernest Henry Kohlmyer
**JENNIFER G. SIMIL, ESQ.**          **ERNEST HENRY KOHLMYER, ESQ.**
Florida Bar No.: 1018195              Florida Bar No.: 110108
E-mail: jen@jibraellaw.com           E-mail: skohlmyer@shepardfirm.com
The Law Offices of Jibrael S. Hindi     Shepard Smith Kohlmyer & Hand P.A.
110 SE 6th Street, Suite 1744         2300 Maitland Center Parkway Suite 100
Fort Lauderdale, Florida 33301        Maitland Florida 32751
Phone: 954-907-1136                Phone: 407-622-1772
Fax:   855-529-9540

*COUNSEL FOR PLAINTIFF*           *COUNSEL FOR DEFENDANT*