**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CARLA HARVASTY,

    Plaintiff,

v.                                                  Case No. 6:22-cv-355-WWB-EJK

NORTH AMERICAN CREDIT
SERVICES, INC.,

    Defendant.

---

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 18), filed November 10, 2022. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida on November 14, 2022.

*[signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record